## KELLY v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 22, September Term, 1962.]

*Decided October 11, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Oppenheimer filed in the lower court, the application of Arthur Kelly for leave to appeal from the order denying him post conviction relief from his imprisonment for armed robbery is hereby denied.

*Application denied.*